IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO CARDENAS JR.,<br><br>Defendant. | CASE NO.  1:13-MJ-00229-BAM<br><br>ORDER |

   The United States of America has moved for dismissal of this criminal complaint dated October 29, 2013 (ECF No. 1) without prejudice.

   The Court will grant the government's request and dismiss the criminal complaint without prejudice.

IT IS SO ORDERED.

   Dated:   **March 17, 2021**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE